COOLEY LLP
John C. Dwyer (36533) (dwyerjc@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone: +1 650 843 5000
Facsimile: +1 650 843 7400

Ryan E. Blair (246724) (rblair@cooley.com)
4401 Eastgate Mall
San Diego, California 92121
Telephone: +1 858 550 6000
Facsimile: +1 858 550 6420

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE GERON CORPORATION STOCKHOLDER DERIVATIVE LITIGATION | Master File No. 3:20-cv-02823-WHA <br><br> **DECLARATION OF RYAN E. BLAIR IN RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED (ECF NO. 30)** <br><br> This Document Relates to All Actions |
|---|---|

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

DEFENDANTS' RESPONSE TO
PLAINTIFFS' ADMIN. MOT. TO SEAL
CASE NO. 3:20-CV-02823-WHA

I, Ryan E. Blair, declare as follows:

1. I am a partner with the law firm of Cooley LLP. I am a member of good standing duly licensed by the State of California and I am admitted to practice before this Court. I am counsel of record for Defendants Geron Corporation ("Geron"), Dr. John Scarlett, Karin Eastham, Dr. V. Bryan Lawlis, Dr. Susan Molineaux, Dr. Robert Spiegel, Olivia Bloom, Daniel Bradbury, Hoyoung Huh, and Stephen Rosenfield (together, "Defendants") in the above-captioned action. The matters set forth herein are of my own personal knowledge, and if sworn as a witness, I could competently testify regarding them. I am submitting this declaration in response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Filed Under Seal and Notice of Lodging Pursuant to Civil Local Rule 79-5, filed on June 7, 2022 (ECF No. 30) ("Administrative Motion to Seal").

2. This declaration is filed pursuant to Civil Local Rule 79-5(f)(3).

3. On June 7, 2022, Plaintiffs Katherine Jameson and Zachary Gamlieli (together, "Plaintiffs") filed their Verified Consolidated Shareholder Derivative Complaint ("Consolidated Complaint"), as well as the Administrative Motion to Seal certain non-public information referenced in the Consolidated Complaint.

4. The information that Plaintiffs propose be redacted in the Consolidated Complaint was produced to Plaintiffs in response to a Section 220 demand under the Delaware General Corporation Law and pursuant to a confidentiality agreement intended to protect the confidential nature of the non-public materials produced by Geron.

5. Notwithstanding the confidential nature of the produced materials, Defendants have no objection to the Consolidated Complaint being filed in its entirety on the public docket.

Cooley LLP
Attorneys at Law
Palo Alto

1

Defendants' Response to
Plaintiffs' Admin. Mot. to Seal
Case No. 3:20-cv-02823-WHA

Dated: June 13, 2022

COOLEY LLP

 */s/ Ryan Blair*
Ryan Blair (246724)

Attorneys for Defendants
GERON CORPORATION, DR. JOHN A. SCARLETT, KARIN EASTHAM, DR. V. BRYAN LAWLIS, DR. SUSAN M. MOLINEAUX, DR. ROBERT J. SPIEGEL, OLIVIA BLOOM, DANIEL M. BRADBURY, HOYOUNG HUH, and STEPHEN N. ROSENFIELD

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2

DEFENDANTS' RESPONSE TO
PLAINTIFFS' ADMIN. MOT. TO SEAL
CASE NO. 3:20-CV-02823-WHA