**JOHNSON FISTEL, LLP**
Frank J. Johnson (SBN 174882)
FrankJ@johnsonfistel.com
655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay (SBN 270796)
rprongay@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Co-Lead Counsel for Plaintiffs*
[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GERON CORPORATION STOCKHOLDER DERIVATIVE LITIGATION. | Master File No. 3:20-cv-02823-WHA |

**STIPULATION AND [~~PROPOSED~~] ORDER STAYING ACTION PENDING OUTCOME OF RELATED SECURITIES CLASS ACTION**

1  WHEREAS, on April 23, 2020, Plaintiff Katharine Jameson filed her verified shareholder derivative complaint (the "*Jameson* Action") against defendants John A. Scarlett, Karin Eastham, V. Bryan Lawlis, Susan M. Molineaux, Robert J. Spiegel, Daniel M. Bradbury, and Hoyoung Huh (the "Individual Defendants") on behalf of Geron Corporation (the "Company") alleging breaches of fiduciary duty, unjust enrichment, and violations of Section 14(a) of the Securities Exchange Act of 1934 (the "Exchange Act");

WHEREAS, on April 2, 2021, Plaintiff Zachary Gamlieli filed a substantially similar derivative action in this District against the Individual Defendants (the "*Gamlieli* Action"), alleging breaches of fiduciary duty, unjust enrichment, and violations of Section 10(B) and 21D of the Exchange Act;

WHEREAS, on April 9, 2021, the Court consolidated the *Jameson* and *Gamlieli* Actions (the "Derivative Action") and appointed Co-Lead Counsel for Plaintiffs;

WHEREAS, also pending before the Court is a class action, arising from events related to the Derivative Action, alleging violations of the federal securities laws against Geron and John A. Scarlett: *Tollen v. Geron Corp. et al.*, Case No. 20-CV-00547-WHA (the "Securities Class Action");

WHEREAS, on April 12, 2021, the Court granted in part and denied in part the defendants' motion to dismiss the Securities Class Action;

WHEREAS, the Parties previously agreed to, and the Court ordered, a limited stay of the Derivative Action pending resolution of the plaintiffs' class certification motion in the Securities Class Action (ECF No. 24);

WHEREAS, on April 2, 2022, the Court certified the Securities Class Action as a class action under Rule 23 of the Federal Rules of Civil Procedure;

WHEREAS, on June 7, 2022, Plaintiffs filed an amended shareholder derivative complaint (the "Amended Complaint") (ECF No. 31);

WHEREAS, the trial is scheduled to begin in the Securities Class Action on ~~October 31, 2022~~; **January 17, 2023**

WHEREAS, on June 15, 2022, the Parties met and conferred about further proceedings in the Derivative Action, as ordered by the Court (*see* ECF No. 28); and

WHEREAS, this stipulation is not a waiver of any Parties' rights, remedies, claims, or defenses;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the Parties hereto, through their undersigned counsel, subject to the approval of the Court, as follows:

1. The Derivative Action is stayed until the earlier of the following two events: (a) public announcement of a settlement of the Securities Class Action; or (b) a final judgment in the Securities Class Action, including the lapse of any time to appeal and/or the final non-appealable resolution of any filed appeal.

2. Within fourteen (14) calendar days of the termination of the stay pursuant to paragraph 1(a) or (b) above, the Parties shall meet and confer and submit an agreed-upon proposed scheduling order governing further proceedings in this Derivative Action.

3. During the pendency of the stay, if a mediation or formal settlement conference is held in effort to settle any factually related derivative action, Defendants shall provide Plaintiffs with reasonable advance notice of, and invite Plaintiffs to participate in, the mediation or formal settlement conference.

4. Any party may lift the stay in the Derivative Action without leave of Court by providing written notice via email to all parties. Following such written notice, the Parties shall meet and confer and submit an agreed-upon proposed scheduling order governing further proceedings in this Derivative Action within fourteen (14) calendar days.

5. The initial case management conference scheduled for July 14, 2022, at 11:00 a.m. (ECF No. 29), is taken off calendar, and all deadlines associated with or triggered by the Court setting an initial case management conference are vacated.

1  DATED:  June 22, 2022                **JOHNSON FISTEL, LLP**

2                                        By:  */s/ Brett M. Middleton*
                                         Frank J. Johnson
3                                        Brett M. Middleton
                                         Kristen O'Connor
4                                        655 West Broadway, Suite 1400
                                         San Diego, CA 92101
5                                        Telephone: (619) 230-0063
                                         Facsimile: (619) 255-1856
6                                        Email: brettm@johnsonfistel.com
7                                                frankj@johnsonfistel.com
                                                 kristeno@johnsonfistel.com
8

9                                        *Attorneys for Plaintiff Zachary Gamlieli*

10 DATED:  June 22, 2022                 **GLANCY PRONGAY & MURRAY LLP**

11                                       By:  */s/ Benjamin I. Sachs-Michaels*
                                         Robert V. Prongay
12                                       Pavithra Rajesh
                                         1925 Century Park East, Suite 2100
13                                       Los Angeles, California 90067
                                         Telephone:  (310) 201-9150
14                                       Facsimile:  (310) 201-9160
                                         Email: rprongay@glancylaw.com
15                                               prajesh@glancylaw.com

16
                                         Matthew M. Houston
17                                       Benjamin I. Sachs-Michaels
                                         712 Fifth Avenue, 31st Floor
18                                       New York, New York 10019
                                         Telephone: (212) 935-7400
19                                       Facsimile: (212) 756-3630
                                         Email: mhouston@glancylaw.com
20                                               bsachsmichaels@glancylaw.com

21
                                         *Attorneys for Plaintiff Katharine Jameson*
22

23 DATED:  June 22, 2022                 **COOLEY LLP**

24                                       By:  */s/ Ryan E. Blair*
                                         Ryan E. Blair
25                                       4401 Eastgate Mall
                                         San Diego, California 92121
26                                       Telephone: (858) 550-6000
                                         Facsimile: (858) 550-6420
27                                       Email: rblair@cooley.com

28

STIPULATION AND [~~PROPOSED~~] ORDER STAYING ACTION
Case No. 3:20-cv-02823-WHA                                                        3

John C. Dwyer
Brett H. De Jarnette
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
Email: dwyerjc@cooley.com
        bdejarnette@cooley.com

*Attorneys for Defendants Geron Corporation, John A. Scarlett, Karin Eastham, V. Bryan Lawlis, Susan M. Molineaux, Robert J. Spiegel, Olivia Bloom, Daniel M. Bradbury, Hoyoung Huh, and Stephen N. Rosenfield*

Pursuant to Civil L.R. 5-1(i)(3), all signatories concur in filing this stipulation.

DATED: June 22, 2022            */s/ Brett M. Middleton*
                                Brett M. Middleton

\*   \*   \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____July 6_____, 2022   _____
                                 HON. WILLIAM ALSUP
                                 UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER STAYING ACTION
Case No. 3:20-cv-02823-WHA                                              4