COOLEY LLP
John C. Dwyer (36533) (dwyerjc@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone: +1 650 843 5000
Facsimile: +1 650 843 7400

Ryan E. Blair (246724) (rblair@cooley.com)
4401 Eastgate Mall
San Diego, California 92121
Telephone: +1 858 550 6000
Facsimile: +1 858 550 6420

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GERON CORPORATION STOCKHOLDER DERIVATIVE LITIGATION | Master File No. 3:20-cv-02823-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STAY OF DERIVATIVE ACTION**<br><br>This Document Relates to All Actions |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

0

STIPULATION & [PROPOSED]
ORDER RE: STAY
CASE NO. 3:20-CV-02823-WHA

WHEREAS, on April 23, 2020, Plaintiff Katharine Jameson filed her verified shareholder derivative complaint (the "*Jameson* Action") against defendants John A. Scarlett, Karin Eastham, V. Bryan Lawlis, Susan M. Molineaux, Robert J. Spiegel, Daniel M. Bradbury, and Hoyoung Huh (the "Individual Defendants") on behalf of Geron Corporation (the "Company") alleging breaches of fiduciary duty, unjust enrichment, and violations of Section 14(a) of the Securities Exchange Act of 1934 (the "Exchange Act");

WHEREAS, on April 2, 2021, Plaintiff Zachary Gamlieli filed a substantially similar derivative action in this District against the Individual Defendants (the "*Gamlieli* Action"), alleging breaches of fiduciary duty, unjust enrichment, and violations of Section 10(B) and 21D of the Exchange Act;

WHEREAS, on April 9, 2021, the Court consolidated the *Jameson* and *Gamlieli* Actions (the "Derivative Action") and appointed Co-Lead Counsel for Plaintiffs;

WHEREAS, also pending before the Court is a class action, arising from events related to the Derivative Action, alleging violations of the federal securities laws against Geron and John A. Scarlett: *Tollen v. Geron Corp. et al.*, Case No. 20-CV-00547-WHA (the "Securities Class Action");

WHEREAS, on April 12, 2021, the Court granted in part and denied in part the defendants' motion to dismiss the Securities Class Action;

WHEREAS, the Parties previously agreed to, and the Court ordered, a limited stay of the Derivative Action pending resolution of the plaintiffs' class certification motion in the Securities Class Action (ECF No. 24);

WHEREAS, on April 2, 2022, the Court certified the Securities Class Action as a class action under Rule 23 of the Federal Rules of Civil Procedure;

WHEREAS, on June 7, 2022, Plaintiffs filed an amended shareholder derivative complaint (ECF No. 31);

WHEREAS, on June 22, 2022, the Parties submitted a proposed stipulation (ECF No. 35), and, on July 6, 2022, the Court entered an order (ECF No. 36) staying further proceedings in the Derivative Action "until the earlier of the following two events: (a) public announcement of a

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1

STIPULATION & [PROPOSED]
ORDER RE: STAY
CASE NO. 3:20-CV-02823-WHA

settlement of the Securities Class Action; or (b) a final judgment in the Securities Class Action, including the lapse of any time to appeal and/or the final non-appealable resolution of any filed appeal."

WHEREAS, on September 2, 2022, the parties in the Securities Class Action filed a Stipulation and Agreement of Settlement;[1] and

WHEREAS, as ordered by the Court (*see* ECF No. 35), the Parties have met and conferred about further proceedings in the Derivative Action. Among other things, the Parties discussed their mutual interest in scheduling a global mediation, which would include the plaintiffs who filed derivative litigation that is currently pending in the Delaware Court of Chancery and District of Delaware, to explore the potential resolution of all pending derivative claims against Defendants now that the Securities Class Action has settled.

WHEREAS, this stipulation is not a waiver of any Parties' rights, remedies, claims, or defenses;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the Parties hereto, through their undersigned counsel, subject to the approval of the Court, as follows:

1. The Derivative Action is stayed initially for an additional sixty (60) calendar days.

2. Within thirty (30) calendar days of the Court entering this order, the Parties shall submit a status report, including regarding the timing of any global mediation and the selection of a mediator.

3. Any Party may lift the stay in the Derivative Action by leave of Court.

4. Within fourteen (14) calendar days of the stay expiring, the Parties shall meet and confer and submit a status report and/or schedule for further proceedings in this Derivative Action.

---

[1] The public settlement papers were filed at ECF Nos. 247 and 248 in the Securities Class Action.

| | | |
|---|---|---|
| 1 | DATED:  September 16, 2022 | GLANCY PRONGAY & MURRAY LLP |
| 2 | | |
| 3 | | By:  */s/ Robert V. Prongay*<br>Robert V. Prongay |
| 4 | | Pavithra Rajesh<br>1925 Century Park East, Suite 2100 |
| 5 | | Los Angeles, California 90067<br>Telephone:  (310) 201-9150 |
| 6 | | Facsimile:  (310) 201-9160<br>Email: rprongay@glancylaw.com |
| 7 | | prajesh@glancylaw.com |
| 8 | | Matthew M. Houston |
| 9 | | Benjamin I. Sachs-Michaels<br>712 Fifth Avenue, 31st Floor |
| 10 | | New York, New York 10019<br>Telephone: (212) 935-7400 |
| 11 | | Facsimile: (212) 756-3630 |
| 12 | | Email: mhouston@glancylaw.com<br>bsachsmichaels@glancylaw.com |
| 13 | | |
| 14 | | *Attorneys for Plaintiff Katharine Jameson* |
| 15 | DATED:  September 16, 2022 | JOHNSON FISTEL, LLP |
| 16 | | |
| 17 | | By:  */s/ Brett M. Middleton*<br>Brett M. Middleton |
| 18 | | |
| 19 | | Frank J. Johnson<br>Kristen O'Connor |
| 20 | | 655 West Broadway, Suite 1400<br>San Diego, CA 92101 |
| 21 | | Telephone: (619) 230-0063<br>Facsimile: (619) 255-1856 |
| 22 | | Email: brettm@johnsonfistel.com |
| 23 | | frankj@johnsonfistel.com<br>kristeno@johnsonfistel.com |
| 24 | | *Attorneys for Plaintiff Zachary Gamlieli* |

COOLEY LLP
ATTORNEYS AT LAW

3

STIPULATION & [PROPOSED]
ORDER RE: STAY
CASE NO. 3:20-CV-02823-WHA

| | | |
|---|---|---|
| DATED: September 16, 2022 | | COOLEY LLP |
| | | By: /s/ Ryan E. Blair |
| | | Ryan E. Blair |

4401 Eastgate Mall
San Diego, California 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
Email: rblair@cooley.com

John C. Dwyer
Brett H. De Jarnette
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
Email: dwyerjc@cooley.com
Email: bdejarnette@cooley.com

*Attorneys for Defendants Geron Corporation, John A. Scarlett, Karin Eastham, V. Bryan Lawlis, Susan M. Molineaux, Robert J. Spiegel, Olivia Bloom, Daniel M. Bradbury, Hoyoung Huh, and Stephen N. Rosenfeld*

Pursuant to Civil L.R. 5-1(i)(3), all signatories concur in filing this stipulation.

DATED: September 16, 2022          /s/Ryan E. Blair
                                   Ryan E. Blair

                    *     *     *

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____, 2022     _____
                                  HON. WILLIAM ALSUP
                                  UNITED STATES DISTRICT JUDGE