Brett M. Middleton (SBN 199427)
  brettm@johnsonfistel.com
Kristen O'Connor (SBN 305113)
  kristeno@johnsonfistel.com
JOHNSON FISTEL, LLP
655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856

Robert V. Prongay (SBN 270796)
  rprongay@glancylaw.com
Pavithra Rajesh (SBN 323055)
  prajesh@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Co-Lead Counsel for Plaintiffs

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GERON CORPORATION STOCKHOLDER DERIVATIVE LITIGATION | Master File No. 3:20-cv-02823-WHA |

**NOTICE CONCERNING STIPULATION OF SETTLEMENT**

1   Plaintiffs Katharine Jameson and Zachary Gamlieli (collectively, "Plaintiffs"), Defendants John A. Scarlett, Karin Eastham, V. Bryan Lawlis, Susan M. Molineaux, Robert J. Spiegel, Daniel M. Bradbury, and Hoyoung Huh (the "Individual Defendants"), and Nominal Defendant Geron Corporation ("Geron" and collectively with the Individual Defendants, "Defendants") hereby submit this Notice Concerning Stipulation of Settlement pursuant to the Court's December 15, 2022 Minute Entry.  Plaintiffs and Defendants are collectively referred to herein as the "Parties" in the above-captioned action (the "Derivative Action").

On December 15, 2022, a status conference was held regarding the global mediation in the Derivative Litigation (as defined below) and the Court continued the stay in the Derivative Action until December 31, 2022, by which time the Parties must submit a statement that they have a completely signed final settlement in place.  The Court also stated that should the settlement fail to go through, the Court would lift the stay; discovery would ensue; and a new trial schedule would be implemented by January 2, 2023.

Accordingly, the Parties hereby advise the Court that a Stipulation of Settlement ("Stipulation") was agreed and entered into as of December 21, 2022, between and among, (a)(i) Plaintiffs in the above-captioned Derivative Action, (ii) plaintiffs in the consolidated derivative action pending in the Court of Chancery in the State of Delaware, captioned *In re Geron Corporation Stockholder Derivative Litigation*, C.A. No. 2020-0684-SG (Del. Ch.) (the "Delaware Chancery Derivative Action"), and (iii) plaintiffs in the consolidated derivative action pending in the United States District Court for the District of Delaware, captioned *In re Geron Corporation Stockholder Derivative Litigation*, C.A. No. 1:20-cv-01207-GBW (D. Del) (the "District of Delaware Derivative Action") (collectively, the "Derivative Litigation"), derivatively on behalf of Geron, and (b) Defendants.  A copy of the Stipulation (including its exhibits) is attached hereto as Exhibit 1.  The Stipulation was filed on December 21, 2022, in the Delaware Chancery Derivative Action, and is subject to final approval by the Delaware Court of Chancery.  As of this filing, the Delaware Court of Chancery has not entered the Scheduling Order attached as Exhibit B to the Stipulation.

In light of the Parties' Stipulation, the Parties respectfully request that the stay in the above-captioned Derivative Action be continued until March 31, 2023. The Parties will provide a status update to the Court by no later than February 28, 2023, regarding the Delaware Court of Chancery's review of the proposed settlement. If the proposed settlement has not received final approval by March 31, 2023, the Parties will provide a further status update to the Court at that time.

The Parties can make themselves available should the Court have any questions or concerns regarding the foregoing.

DATED: December 22, 2022				JOHNSON FISTEL, LLP

						By: /s/ Brett M. Middleton
						Brett M. Middleton
						Frank J. Johnson
						Kristen O'Connor
						655 West Broadway, Suite 1400
						San Diego, CA 92101
						Telephone: (619) 230-0063
						Facsimile: (619) 255-1856
						Email: brettm@johnsonfistel.com
						       frankj@johnsonfistel.com
						       kristeno@johnsonfistel.com

						GLANCY PRONGAY & MURRAY LLP
						*Robert V. Prongay*
						*Pavithra Rajesh*
						*1925 Century Park East, Suite 2100*
						*Los Angeles, California 90067*
						*Telephone: (310) 201-9150*
						*Facsimile: (310) 201-9160*
						*Email: rprongay@glancylaw.com*
						*prajesh@glancylaw.com*

						*Matthew M. Houston*
						*Benjamin I. Sachs-Michaels*
						*712 Fifth Avenue, 31st Floor*
						*New York, New York 10019*
						*Telephone: (212) 935-7400*
						*Facsimile: (212) 756-3630*
						*Email: mhouston@glancylaw.com*
						*bsachsmichaels@glancylaw.com*

						*Attorneys for Plaintiffs*

| | | |
|---|---|---|
| 1 | DATED: December 22, 2022 | COOLEY LLP |
| 2 | | By: /s/ Ryan E. Blair |
| | | Ryan E. Blair |
| 3 | | |
| 4 | | 4401 Eastgate Mall |
| | | San Diego, California 92121 |
| 5 | | Telephone: (858) 550-6000 |
| | | Facsimile: (858) 550-6420 |
| 6 | | Email: rblair@cooley.com |
| 7 | | John C. Dwyer |
| | | Brett H. De Jarnette |
| 8 | | 3175 Hanover Street |
| | | Palo Alto, CA  94304-1130 |
| 9 | | Telephone: (650) 843-5000 |
| 10 | | Facsimile: (650) 849-7400 |
| | | Email: dwyerjc@cooley.com |
| 11 | | Email: bdejarnette@cooley.com |

*Attorneys for Defendants John A. Scarlett, Karin Eastham, V. Bryan Lawlis, Susan M. Molineaux, Robert J. Spiegel, Olivia Bloom, Daniel M. Bradbury, Hoyoung Huh, and Stephen N. Rosenfield, and Nominal Defendant Geron Corporation*

Pursuant to Civil L.R. 5-1(i)(3), all signatories concur in filing this stipulation.

DATED: December 22, 2022            /s/ Brett M. Middleton